M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JUN 26 A 9:39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ANTHONY D MCMILLION )
───────────────────── )
Full name and prison name of )
Plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 1:07CV 586-WKW
 )   (To be supplied by Clerk of U.S. District
Commander Keith Reed )   Court)
DR SAM BANNER )
Nurse Gail Neswanger )
Nurse Ashley Kennedy )
───────────────────── )
 )
───────────────────── )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐   NO ☒

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Houston County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Houston County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Commander Keith Reed | |
| 2. | Dr Sam Banner | |
| 3. | Gail Neswanger (Nurse) | |
| 4. | Ashley Kennedy (Nurse) | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  5/7/07 to Present

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The rule of this facility is that ~~[scratched out]~~ All orders are to be obeyed by inmates.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On 5/7/07 Inmate Charles Harris had hung his whites which were wet on the rails above the first floor cells. After announcing to get the whites down from the rails, no Correction officer came in to enforce this. A puddle of water gathered on floor

GROUND TWO: After falling on a puddle of water on 5/7/07 at about 7:00-7:30 pm, It was 2½ weeks later which I finally received medical treatment.

SUPPORTING FACTS: After filing numerous request forms and grievances, it took 17 days or so to get any type of medical treatment. During this time I had asked the nurses or the Corrections officer ie Ms Smith about seeing a Doctor but was told I would see one when I see one.

GROUND THREE: After finally seeing a Doctor on 5/24/07, I was given (1) week of muscle relaxers after asking for it and (1) week of Ibuprophen.

SUPPORTING FACTS: The care which I received at the facility was more than inadequate. I received no follow-up care what so ever. I was sent to the hospital for x-rays which after informing medical that my back, neck, shoulder + hip were injured, they x-rayed my hip only. The care which I received have left me physically and emotionally drained. After who knows how many additional request and grievances as well as phone calls from family, I was finally able to get to see another Doctor who gave me (1) cortizone injection but still no follow-up care from this facility.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want all negligent parties listed to be removed from the positions which they obviously don't deserve. I want compensation for physical, mental and emotional damages. I want this facility responsible for any and all present and future lost income and medical expenses.

*Anthony R. McMillion*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/20/07
(Date)

*Anthony R. McMillion*
Signature of plaintiff(s)

The Correction Officers were negligent in the Performance of their duties by not enforcing the direct order to remove whites from rails.

The Medical Staff was negligent in their duties for taking 17 days to examine an inmate hurt in their facility. Upon seeing the Doctor, He also was negligent in the respect of giving me medication for (1) week only and not ordering a complete make-up of x-rays in order to assess the damages. After many additional request and grievances, I finally got to see an outside Physician on 6/20/07 about (3) weeks after seeing the doctor at the Houston County Jail. After his examination and interrogation, he did order a complete work-up of x-rays and did order a cortizone injection for my neck/back/shoulder area. He also did not go over a treatment plan for my injury. Dr Granger is with Southern Bone and Joint whom I may need to add to this lawsuit. I feel as though this is most definitely gross negligence as well as some type of conspiracy to cover-up their negligence.

Anthony McMillion
6/25/07

Please mail my response to the address listed below:
Anthony McMillion
206 Short 10th St
Beaver Falls, PA 15010
ATTN: Linwood Alford

I will probably be out of the Houston County Jail by the time you will be mailing my response. Thank you very much.

Anthony McMillion

ANTHONY MCMILLION
INMATE #59874
901 E. MAIN ST
DOTHAN, AL 36301

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
PO BOX 711
MONTGOMERY, AL 36101-0711
ATTN: DEBRA HACKETT

Houston Co. Jail Inmate Mail



MONTGOMERY AL 361
25 JUN 2007 PM 2 L