IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY D. McMILLION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07-CV-586-WKW |
| ) | |
| KEITH REED, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On June 29, 2007, this court entered orders, copies of which the Clerk mailed to the plaintiff. These orders could not be delivered because the plaintiff was no longer at the address he had provided for service. As the administration of this case cannot proceed if the plaintiff's whereabouts remain unknown to this court, it is

ORDERED that:

1. On or before July 19, 2007, the plaintiff shall provide the court with his current address.

2. The defendants shall file no response to the complaint unless and until further order of this court.

The plaintiff is specifically cautioned that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done this 9th day of July, 2007.

　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE