IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY D. McMILLION, #59874, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:07-CV-586-WKW |
| | ) |
| COMMANDER KEITH REED, DR. SAM BANNER, NURSE GAIL NEISWANGER, and NURSE ASHLEY KENNEDY, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Gary C. Sherrer of the law firm of Sherrer, Jones & Terry, P.C., and hereby gives notice of his entry of appearance as counsel for Defendants, Commander Keith Reed, Dr. Sam Banner, Nurse Gail Neiswanger and Nurse Ashley Kennedy.

Dated this 9th day of July, 2007.

Respectfully submitted,

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants

OF COUNSEL:

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Entry of Appearance upon Anthony D. McMillion, #59874, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 9th day of July, 2007.

s/Gary C. Sherrer
OF COUNSEL